AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Paul Eggerding

V.

Village of Stone Park, Illinois a municipal corporation

CASE NUMBER: 08CV2858

JUDGE COAR

ASSIGNED JUDGE: MAGISTRATE JUDGE COX

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Village of Stone Park, Illinois c/o
Beniamino Mazzula, President
1629 N. Mannheim Road
Stone Park, Illinois 60165

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. Reimer
Richard J. Reimer & Associates LLC
15 Spinning Wheel Road, Suite 310
Hinsdale, Illinois 60521
(630) 654-9547

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK

May 16, 2008
Date

[handwritten] Served personally to Mayor Mazzula on July 14, 2008 @ 12:00 PM @ Village Hall.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-14-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Tickey A Hong | P.I. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Village Hall of Stone Park, Illinois 1629 N. Mannheim Rd. Stone Park, IL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-14-08
            Date            Signature of Server

P.O. Box 113
Lemont, Illinois 60439.
            *Address of Server*

Kristie I. Kowalczyk    7-14-08

"OFFICIAL SEAL"
Kristine I Kowalczyk
Notary Public, State of Illinois
My Commission Expires January 22, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.